

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2023

No. 04-23-00020-CV

Maria V. **BARBOSA**,
Appellant

v.

Antonia **DURAN**,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 16-10-0898-CVA
Honorable John D. Gabriel Jr., Judge Presiding

# O R D E R

The clerk's record in this appeal has not been filed. On January 19, 2023, the district clerk filed a notification of late record, stating that the clerk's record was not filed because appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant was not entitled to appeal without paying the fee. We therefore **ORDER** appellant to provide written proof to this court that either: (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee **by February 2, 2023.** If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court